IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANNIE KELLY**                                                            **PLAINTIFF**

**v.**                                    **CAUSE NO. 1:11CV471-LG-JMR**

**HARRISON COUNTY BOARD OF
SUPERVISORS and MELVIN
BRISOLARA, individually and as
Sheriff of Harrison County, Mississippi**                            **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [66] filed by Melvin Brisolara and the Motion for Summary Judgment [69] filed by the Harrison County Board of Supervisors, the Court, after a full review and consideration of the defendants' Motions, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Harrison County Board of Supervisors and Melvin Brisolara, individually and as Sheriff of Harrison County, Mississippi, pursuant to Fed. R. Civ. P. 56.  This case is hereby **DISMISSED WITH PREJUDICE**.  In accordance with Fed. R. Civ. P. 54(d)(1), the defendants are entitled to recover costs from the plaintiff.

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2013.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    CHIEF U.S. DISTRICT JUDGE